United States District Court
Southern District of Texas
**ENTERED**
April 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| MICHAEL THOMPSON, <br> BRANDON CASTON, <br> D'ERRICKA GREEN <br> and TYREE RHODES, <br><br> Plaintiffs, <br><br> V. <br><br> GLOBAL FIXTURE SERVICES, INC., <br> DUSTIN HUGHES, Individually, <br> and DOLGENCORP OF TEXAS, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § CIVIL ACTION NO. H-22-484 |

### ORDER

On April 10, 2023, the remaining Plaintiffs, Brandon Caston, D'Erricka Green and Tyree Rhodes, filed a Notice of Settlement (docket no. 51) announcing that a settlement has been reached in this action with Defendants, Global Fixture Services, Inc., Dustin Hughes, Individually, and Dolgencorp of Texas, Inc. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within sixty (60) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 11th day of April, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE